### United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS
219 S. Dearborn Street
Chicago, IL 60604



# FILED

OCT 0 6 2008 NB

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**Kenneth S. Gardner**, Bankruptcy Clerk

Date     10/06/2008

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number     08 A 00237 08 B 01187

Case Name     Official Unsecured Creditors' Committee of Hearthside Banking Co v Terry Cohen, Melvin Blum

Notice of Appeal Filed     9/22/2008

Appellant     Melvin Blum and Marvin Gordon

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

| | | | |
|---|---|---|---|
| ✓ | Transmittal Letter and Civil Cover Sheet | ✓ | Notice of Appeal |
| ☐ | Designation and Statement of Issues | ☐ | Copy of Documents Designated |
| ☐ | Transcript of Proceeding | ☐ | Exhibits |
| ☐ | In Forma Pauperis | ☐ | Expedited Notice of Appeal |

Additional Items Included

✓ ## Motion for Leave to Appeal

Memorandum In Support of Motion for Leave to Appeal, Response to the Co-Trustees' Motion for Leave to Appeal

☐     Total Volumes Transmitted

**08CV5672**
**JUDGE CASTILLO**
**MAGISTRATE JUDGE ASHMAN**

The following items will be transmitted as a supplemental to the Record on App

☐

Previous D C Judge                    Case Number

By Deputy Clerk

Revised 03/26/2008

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

OCT 0 6 2008 NB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| HEARTHSIDE BAKING CO., INC., | ) | Case No. 08 B 01187 |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | |
| OFFICIAL UNSECURED CREDITORS' | ) | |
| COMMITTEE OF HEARTHSIDE BAKING | ) | **08CV5672** |
| CO., INC. and WAYNE COHEN, individually | ) | **JUDGE CASTILLO** |
| and derivatively as President and beneficial | ) | **MAGISTRATE JUDGE ASHMAN** |
| owner of Hearthside Baking Co., Inc., d/b/a | ) | |
| Maurice Lenell Cooky Company, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. No. 08 A 00237 |
| | ) | |
| TERRY COHEN, MELVIN BLUM, | ) | (Removed from the Circuit Court of Cook |
| MARVIN GORDON, and HEARTHSIDE | ) | County, Illinois, Case No. 05 CH 04233) |
| BAKING CO., INC., d/b/a MAURICE | ) | |
| LENELL COOKY COMPANY, | ) | Consolidated with Adv. No. 08 A 00279 |
| Defendants. | ) | |

## NOTICE OF APPEAL

Co-Trustees Melvin Blum and Marvin Gordon (individually "Blum" and "Gordon" and

collectively, the "Co-Trustees"), by their respective attorneys, appeal under 28 U.S.C. §

158(a)(3) to the United States District Court for the Northern District of Illinois from the

Judgment Order and Memorandum Opinion entered on August 4, 2008 in the above-referenced

adversary proceeding, denying their Motion for Abstention and Remand to the Circuit Court of

Cook County. Accompanying this Notice of Appeal is a Motion for Leave to Appeal pursuant to

28 U.S.C. § 158(a)(3) and Federal Rules of Bankruptcy Procedure 8003. This appeal is filed

within ten days of the disposition of a post-trial motion which stayed the time to appeal pursuant

Federal Rule of Bankruptcy Procedure 8002(b).

The names of all parties to the Judgment Order and Memorandum Opinion appealed from

and the names, addresses and telephone numbers of their respective attorneys are as follows:

Appellants: Melvin Blum

Marvin Gordon

| | | | |
|---|---|---|---|
| Appellant's Attorneys: | Alan R. Dolinko<br>Robinson Curley & Clayton, P.C.<br>300 South Wacker Drive, Suite 1700<br>Chicago, Illinois 60606<br>(312) 663-3100<br>*For Marvin Gordon* | and | Stephen Novack<br>Monte L. Mann<br>John F. Shonkwiler<br>Novack and Macey LLP<br>100 N. Riverside Plaza<br>Chicago, IL 60606<br>(312) 419-6900<br>*For Melvin Blum* |

Appellees: Official Unsecured Creditors' Committee of Hearthside Baking Co., Inc.

Wayne Cohen

Terry Cohen

Hearthside Baking Co., Inc., d/b/a Maurice Lenell Cooky Company

Andee Cohen Kochavi

2

Appellees'
Attorneys:

Joseph D. Frank
Jeremy C. Kleinman
Frank/Gecker LLP
325 N. LaSalle St., Suite 625
Chicago, IL 60610
(312) 276-1400
*For Official Unsecured Creditors'*
*Committee of Hearthside Baking Co.,*
*Inc.*

Thomas J. Verticchio
Swanson, Martin & Bell
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
*For Terry Cohen*

Stephen Staes
Andrew Staes
Staes & Scallan PC
111 W. Washington St., Suite 1631
Chicago, IL 60602
(312) 201-8969
*For Wayne Cohen*

Robert Langendorf
Robert A. Langendorf PC
134 N. LaSalle St., Suite 1515
Chicago, IL 60602
(312) 782-5933
*For Andee Cohen Kovachi*

Chad H. Gettleman
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd., Suite 1050
Chicago, IL 60604
(312) 435-1050

Richard C. Perna
Fuchs & Roselli, Ltd.
440 W. Randolph St., Suite 500
Chicago, Illinois 60606
(312) 651-2400

David W. Clark
221 East Illinois Street
P.O. Box 564
Wheaton, IL 60189-0564
(630) 665-1900

Robert D. Nachman
Dykema
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
(312) 876-1700

William T. Neary
Office of the U.S. Trustee,
Region 11
227 W. Monroe St., Suite 3350
Chicago, IL 60606
(312) 886-5785

Respectfully submitted this 22nd day of September, 2008.

MELVIN BLUM AND MARVIN GORDON

By: /s/ Alan R. Dolinko
Alan R. Dolinko, One of Marvin Gordon's Attorneys

By: /s/ Monte L. Mann
Monte L. Mann, One of Melvin Blum's Attorneys

3

Alan R. Dolinko (6193228)
Robinson Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
(312) 663-3100 – Telephone
(312) 663-0303 – Facsimile

Stephen Novack
Monte L. Mann
John F. Shonkwiler
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
(312) 419-6900 - Telephone
(312) 419-6928 - Facsimile

4

## CERTIFICATE OF SERVICE

Alan R. Dolinko, an attorney, hereby certifies that, on September 22, 2008, he caused a true and correct copy of the foregoing **NOTICE OF APPEAL** to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the court's electronic filing system or by United States First Class Mail to anyone unable to receive electronic filings.

**Parties may access this filing through the Court's CM/ECF system:**

John F. Shonkwiler
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
jfs@novackandmacey.com

Joseph D. Frank
Frank/Gecker LLP
325 N. LaSalle St., Suite 625
Chicago, IL 60610
jfrank@fgllp.com,
ccarpenter@fgllp.com

Thomas J. Verticchio
Swanson, Martin & Bell
330 N. Wabash, Suite 3300
Chicago, IL 60611
tverticchio@smbtrials.com

Stephen Scallan
Staes & Scallan PC
111 W. Washington St., Suite 1631
Chicago, IL 60602
stevescallan@convad.net

Andrew Staes
Staes & Scallan PC
111 W. Washington St., Suite 1631
Chicago, IL 60602
andrewstaes@convad.net

Chad H. Gettleman
Adelman & Gettleman, Ltd.
53 West Jackson Blvd., Suite 1050
Chicago, IL 60604
chg@ag-ltd.com

Monte L. Mann
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
mmann@novackandmacey.com

Richard C. Perna
Fuchs & Roselli, Ltd.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
rperna@frltd.com

Stephen Novack
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
sn@novackandmacey.com,
kathyz@novackandmacey.com

David W. Clark
221 East Illinois Street
P.O. Box 564
Wheaton, IL 60189-0564
dclark@psnrb.com

Jeremy C. Kleinman
Frank/Gecker LLP
325 N. LaSalle St., Suite 625
Chicago, IL 60610
jkleinman@fgllp.com,
ccarpenter@fgllp.com

**Via First-Class Mail to:**

Robert D. Nachman
Dykema
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606

Robert Langendorf
Robert A. Langendorf PC
134 N. LaSalle St., Suite 1515
Chicago, IL 60602

William T. Neary
Office of the U.S. Trustee, Region 11
227 W. Monroe St., Suite 3350
Chicago, IL 60606

/s/ Alan R. Dolinko

APPEAL, CONS, LEAD

# U.S. Bankruptcy Court
# Northern District of Illinois (Chicago)
# Adversary Proceeding #: 08-00237
### Internal Use Only

**F I L E D**

OCT 0 6 2008   NB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Assigned to:* Jacqueline P. Cox
*Related BK Case:* 08-01187
*Related BK Title:* Hearthside Baking Co.,
Inc.
*Related BK Chapter:* 11
*Demand:*

*Date Filed:* 04/28/08

This is to certify that the within and attached
document is a full, true and correct copy of
the original thereof as the same appears on
file in the office of the Clerk of the United
States Bankruptcy Court for the Northern
District of Illinois.

KENNETH S GARDNER
CLERK OF COURT

By_____
Deputy Clerk
Dated ___0 6 OCT 2008___

| *Nature [s] of Suit:* | |
|---|---|
| 01 | Determination of removed claim or cause |
| 14 | Recovery of money/property - other |
| 02 | Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy) |

08CV5672
JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN

**Plaintiff**
------------------------

**Official Unsecured
Creditors' Committee of
Hearthside Baking Co.,
Inc.**

represented **Joseph D Frank**
by Frank/Gecker LLP
325 N LaSalle Suite 625
Chicago, IL 60610
312 - 276-1400
Fax : 312 - 276-0035
Email: jfrank@fgllp.com
*LEAD ATTORNEY*

**Wayne Cohen,**
*individually and*

represented **Joshua J Whiteside**
by Staes & Scallan PC

*derivatively as President*
*and beneficial owner of*
*Heartside Baking Co., Inc.,*
*d/b/a Maurice Lenell Cooky*
*Company*

111 W Washington St Suite 1631
Chicago, IL 60602
312 201-8969
Fax : 312 201-9233
Email:
joshwhiteside@staesandscallan.com

*TERMINATED: 07/15/2008*

**Michael B Cohen**
Staes & Scallan
111 W. Washington, Suite #1631
Chicago, IL 60602
(312) - 2018969
Email:
mcohen@staesandscallan.com

**Stephen Scallan**
Staes & Scallan PC
111 W Washington St
Suite # 1310
Chicago, IL 60602
312-201-8969
*LEAD ATTORNEY*

V.

**Defendant**
-------------------------

**Terry Cohen**           represented **Joseph P Kincaid**
                          by Swanson, Martin & Bell LLP
                          330 N Wabash Ave
                          Suite 3300
                          Chicago, IL 60611
                          (312) 321-9100 Ext. 8442
                          Fax : (312) 321-0990
                          Email: jkincaid@smbtrials.com

**Melvin Blum**           represented **John F Shonkwiler**
                          by Novack and Macey LLP

100 North Riverside Plaza
Chicago, IL 60606
312 419-6900
Fax : 312 419-6928
Email: jfs@novackandmacey.com

**Julie A. Johnston-Ahlen**
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL 60606
312 516-5652
Email: jjohnston-
ahlen@novackandmacey.com

| | | |
|---|---|---|
| **Marvin Gordon** | represented by | **Alan Dolinko**<br>Robinson, Curley & Clayton<br>300 S. Wacker Drive<br>Suite 1700<br>Chicago, IL 60606<br>312 663-3100 Ext. 208<br>Fax : 312 663-0303<br>Email:<br>adolinko@robinsoncurley.com |
| **Hearthside Baking Co., Inc., d/b/a Maurice Lenell Cooky Company** | represented by | **Hearthside Baking Co., Inc., d/b/a Maurice Lenell Cooky Company**<br>PRO SE |

| Filing Date | # | Docket Text |
|---|---|---|
| 04/28/2008 | 1 | (01 (Determination of removed claim or cause)), (14 (Recovery of money/property - other)), (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))): Notice of Removal Fee Amount $250, (Frank, Joseph) (Entered: 04/28/2008) |
|  |  |  |

| 04/28/2008 | 2 | Receipt of Notice of Removal(08-00237) [cmp,ntcrmvl] ( 250.00) Filing Fee. Receipt number 8719627. Fee Amount $ 250.00 (U.S. Treasury) (Entered: 04/28/2008) |
|---|---|---|
| 05/08/2008 | ○3 | Appearance Filed by Alan Dolinko on behalf of Marvin Gordon. (Dolinko, Alan) (Entered: 05/08/2008) |
| 05/08/2008 | ○4 | Statement of Trustee Marvin Gordon Upon Removal Filed by Alan Dolinko on behalf of Marvin Gordon. (Dolinko, Alan) (Entered: 05/08/2008) |
| 05/19/2008 | ○6 | Receive Copy of Record of Removal 2005-CH-04233 Filed by Joseph D Frank on behalf of Official Unsecured Creditors' Committee of Hearthside Baking Co., Inc. (RE: 1 Notice of Removal, ). (Pleadings Index Volume I) (Chavez, Baldo) Additional attachment(s) added on 5/21/2008 (Chavez, Baldo). Additional attachment(s) added on 5/22/2008 (Chavez, Baldo). Additional attachment(s) added on 5/22/2008 (Chavez, Baldo). Additional attachment(s) added on 5/22/2008 (Chavez, Baldo). Additional attachment(s) added on 5/22/2008 (Chavez, Baldo). Additional attachment(s) added on 5/22/2008 (Chavez, Baldo). Additional attachment(s) added on 5/22/2008 (Chavez, Baldo). Additional attachment(s) added on 5/22/2008 (Chavez, Baldo). Additional attachment(s) added on 5/22/2008 (Chavez, Baldo). Additional attachment(s) added on 5/27/2008 (Chavez, Baldo). Additional attachment(s) added on 5/27/2008 (Chavez, Baldo). Additional attachment(s) added on 5/27/2008 (Chavez, Baldo). Additional attachment(s) added on 5/27/2008 (Chavez, Baldo). Additional attachment(s) added on 5/28/2008 (Chavez, Baldo). Additional |

| | | |
|---|---|---|
| | | attachment(s) added on 5/28/2008 (Chavez, Baldo). Additional attachment(s) added on 5/29/2008 (Chavez, Baldo). Additional attachment(s) added on 5/29/2008 (Chavez, Baldo). Additional attachment (s) added on 5/29/2008 (Chavez, Baldo). Additional attachment(s) added on 5/29/2008 (Chavez, Baldo). Additional attachment(s) added on 5/29/2008 (Chavez, Baldo). Additional attachment(s) added on 5/29/2008 (Chavez, Baldo). Additional attachment (s) added on 5/29/2008 (Chavez, Baldo). Additional attachment(s) added on 5/29/2008 (Chavez, Baldo). Additional attachment(s) added on 5/29/2008 (Chavez, Baldo). Additional attachment(s) added on 5/29/2008 (Chavez, Baldo). Additional attachment (s) added on 5/29/2008 (Chavez, Baldo). Additional attachment(s) added on 5/29/2008 (Chavez, Baldo). Additional attachment(s) added on 5/29/2008 (Chavez, Baldo). (Entered: 05/21/2008) |
| 05/21/2008 | ◑5 | Hearing Set (RE: 1 Notice of Removal, ). Status hearing to be held on 6/24/2008 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 05/21/2008) |
| 05/27/2008 | ◑7 | Notice of Motion Filed by John F Shonkwiler on behalf of Melvin Blum. Hearing scheduled for 6/19/2008 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Shonkwiler, John) Modified on 5/29/2008 **Motion Missing** (Chavez, Baldo). (Entered: 05/27/2008) |
| 05/27/2008 | ◑8 | Notice of Motion and Motion for Remand Filed by John F Shonkwiler on behalf of Melvin Blum. Hearing scheduled for 6/19/2008 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Shonkwiler, John) Modified on 5/29/2008 to create related document # 7 (Chavez, |

| | | |
|---|---|---|
| | | Baldo). (Entered: 05/27/2008) |
| 05/27/2008 | ❑9 | Memorandum in Support Filed by John F Shonkwiler on behalf of Melvin Blum (RE: 8 Motion for Remand). (Attachments: # 1 Exhibit A, Part I# 2 Exhibit A, Part II# 3 Exhibit B, C, and D) (Shonkwiler, John) (Entered: 05/27/2008) |
| 05/27/2008 | ❑10 | Notice of Motion and Motion to Abstention, Notice of Motion and Motion for Remand Filed by Alan Dolinko on behalf of Marvin Gordon. Hearing scheduled for 6/19/2008 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Dolinko, Alan) (Entered: 05/27/2008) |
| 05/27/2008 | ❑11 | Notice of Motion Filed by Alan Dolinko on behalf of Marvin Gordon (RE: 10 Motion to Abstention,, Motion for Remand, ). Hearing scheduled for 6/19/2008 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Dolinko, Alan) (Entered: 05/27/2008) |
| 05/28/2008 | ❑12 | Appearance Filed by Joseph P Kincaid on behalf of Terry Cohen. (Kincaid, Joseph) (Entered: 05/28/2008) |
| 05/28/2008 | ❑13 | Attachment(s) Proposed Order Filed by Alan Dolinko on behalf of Marvin Gordon (RE: 10 Motion to Abstention,, Motion for Remand, ). (Dolinko, Alan) (Entered: 05/28/2008) |
| 05/29/2008 | ❑14 | CORRECTIVE ENTRY Motion Missing (RE: 7 Notice of Motion, ). (Chavez, Baldo) (Entered: 05/29/2008) |
| 05/29/2008 | ❑15 | CORRECTIVE ENTRY to create related document # 7 (RE: 8 Motion for Remand, ). (Chavez, Baldo) (Entered: 05/29/2008) |

| 05/30/2008 | ◑16 | Notice of Filing Documents filed in Case No. 08-01187 on May 27, 2008 Filed by Joseph P Kincaid on behalf of Terry Cohen. (Attachments: # 1 NOM - earlier filed in 08-01187# 2 Motion for Abstention - earlier filed in 08-01187)(Kincaid, Joseph) (Entered: 05/30/2008) |
| --- | --- | --- |
| 06/03/2008 | ◑17 | Notice of Motion and Motion to Consolidate Lead Case 08-279 with Member Case(s) 08-237 Filed by Joseph D Frank on behalf of Official Unsecured Creditors' Committee of Hearthside Baking Co., Inc.. Hearing scheduled for 6/10/2008 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Frank, Joseph) (Entered: 06/03/2008) |
| 06/09/2008 | ◑18 | Response to (related document(s): 17 Motion to Consolidate, ) Filed by Joshua J Whiteside on behalf of Wayne Cohen (Attachments: # 1 Exhibit 1# 2 Exhibit 2a# 3 Exhibit 2b# 4 Exhibit 3# 5 Exhibit 4) (Whiteside, Joshua) (Entered: 06/09/2008) |
| 06/10/2008 | ◑19 | Hearing Continued (RE: 17 Consolidate). Hearing Scheduled for 07/08/2008 at 02:00 PM at Courtroom 619 219 South Dearborn, Chicago, IL, 60604. (Watson,Anthony) (Entered: 06/10/2008) |
| 06/16/2008 | ◑20 | Proposed Order (Order Scheduling) - Hearing continued on 7/8/2008 at 02:00PM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (RE: 17 Motion to Consolidate ), Hearing continued on 7/8/2008 at 02:00 PM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604 10 Motion to Abstention, Motion for Remand, ). Brief in support of the Remand/Abstention Motions due by 6/19/2008. Reply in support of the |

| | | |
|---|---|---|
| | | Remand/Abstention Motions due by: 6/27/2008. The Status hearing previously scheduled for 6/24/2008 at 10:00 am is stricken. Signed on 6/16/2008 (Chavez, Baldo) (Entered: 06/17/2008) |
| 06/19/2008 | ⊙21 | Memorandum in Opposition Filed by Joseph D Frank on behalf of Official Unsecured Creditors' Committee of Hearthside Baking Co., Inc. (RE: 8 Motion for Remand,, 10 Motion to Abstention,, Motion for Remand,, 16 Notice of Filing). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I) (Frank, Joseph) (Entered: 06/19/2008) |
| 06/19/2008 | ⊙22 | Response to (related document(s): 8 Motion for Remand, ) Filed by Joshua J Whiteside on behalf of Wayne Cohen (Whiteside, Joshua) (Entered: 06/19/2008) |
| 06/27/2008 | ⊙23 | Reply to (related document(s): 8 Motion for Remand, ) Filed by Joshua J Whiteside on behalf of Wayne Cohen (Whiteside, Joshua) (Entered: 06/27/2008) |
| 06/27/2008 | ⊙24 | Joint Reply to (related document(s): 8 Motion for Remand,, 10 Motion to Abstention,, Motion for Remand, ) Filed by John F Shonkwiler on behalf of Melvin Blum, Marvin Gordon (Attachments: # 1 Exhibit A & B) (Shonkwiler, John) (Entered: 06/27/2008) |
| 07/08/2008 | ⊙25 | Hearing Continued Status hearing to be held on 8/6/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 07/08/2008) |
| | | |

| 07/09/2008 | ◑26 | Appearance for Michael B. Cohen Filed by Cohen B Cohen on behalf of Wayne Cohen. (Cohen, Cohen) (Entered: 07/09/2008) |
|---|---|---|
| 07/09/2008 | ◑27 | Notice of Motion and Motion for Leave to File Surreply In Opposition To The Motion To Remand Filed by Cohen B Cohen on behalf of Wayne Cohen. Hearing scheduled for 7/15/2008 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Cohen, Cohen) (Entered: 07/09/2008) |
| 07/09/2008 | ◑28 | Notice of Motion Filed by Cohen B Cohen on behalf of Wayne Cohen (RE: 27 Motion for Leave, ). Hearing scheduled for 7/15/2008 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Cohen, Cohen) (Entered: 07/09/2008) |
| 07/09/2008 | ◑29 | Notice of Motion and Motion to Withdraw as Attorney Filed by Cohen B Cohen on behalf of Wayne Cohen. Hearing scheduled for 7/15/2008 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Cohen, Cohen) (Entered: 07/09/2008) |
| 07/09/2008 | ◑30 | Notice of Motion Filed by Cohen B Cohen on behalf of Wayne Cohen (RE: 29 Motion to Withdraw as Attorney, ). Hearing scheduled for 7/15/2008 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Cohen, Cohen) (Entered: 07/09/2008) |
| 07/14/2008 | ◑31 | Response to (related document(s): 27 Motion for Leave, ) Filed by Alan Dolinko on behalf of Melvin |

| | | |
|---|---|---|
| | | Blum, Marvin Gordon (Dolinko, Alan) (Entered: 07/14/2008) |
| 07/15/2008 | ⊙32 | Order Granting Motion for Leave to file Surreply in Opposition to the Motion to Remand (Related Doc # 27). Signed on 7/15/2008. (Chavez, Baldo) (Entered: 07/15/2008) |
| 07/15/2008 | ⊙33 | Order Granting Motion To Withdraw Joshua J Whiteside As Attorney (Related Doc # 29). Signed on 7/15/2008. (Chavez, Baldo) (Entered: 07/15/2008) |
| 07/15/2008 | ⊙34 | **ENTERED IN ERROR** Order Granting Stacs & Scallan, PC Leave to Withdraw the Appearance of Attorney Joshua J Whiteside (Related to 08-00237 Doc #29). Signed on 7/15/2008 (Chavez, Baldo) Modified on 7/15/2008 (Chavez, Baldo). (Entered: 07/15/2008) |
| 07/15/2008 | ⊙35 | CORRECTIVE ENTRY ENTERED IN ERROR (RE: 34 Order (Generic)). (Chavez, Baldo) (Entered: 07/15/2008) |
| 08/04/2008 | ⊙36 | Memorandum Opinion (RE: 17 Motion to Consolidate, ). (Gomez, Denise) (Entered: 08/04/2008) |
| 08/04/2008 | ⊙37 | Certificate of Service (RE: 36 Memorandum Opinion). (Gomez, Denise) (Entered: 08/04/2008) |
| 08/06/2008 | ⊙38 | Hearing Continued Status hearing to be held on 9/10/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 08/06/2008) |
| 08/12/2008 | ⊙39 | **ENTERED IN ERROR** Order Granting Motion To Consolidate Lead Case 08A00279 with Member |

| | | |
|---|---|---|
| | | Cases(s) 08A00237 (Related Doc # 17). Signed on 8/12/2008. (Gomez, Denise) Modified on 8/14/2008 (Sims, Mildred). (Entered: 08/12/2008) |
| 08/12/2008 | ◑45 | Order Granting Motion To Consolidate Lead Case 08A00237 with Member Cases(s) 08A00279 (Related Doc # 17). Signed on 8/12/2008. (Gomez, Denise) Modified on 8/14/2008 correct text to include All future pleadings pertaining to Adversary 08A237 and 08A279 shall be filed solely in Adversary 08A237 (Sims, Mildred). (Entered: 08/14/2008) |
| 08/13/2008 | ◑40 | Appearance Filed by Julie A. Johnston-Ahlen on behalf of Melvin Blum. (Johnston-Ahlen, Julie) (Entered: 08/13/2008) |
| 08/13/2008 | ◑41 | Notice of Motion and Motion to Compel Disclosure or Any Agreement As to Ownership Of Claims Filed by Julie A. Johnston-Ahlen on behalf of Melvin Blum. Hearing scheduled for 8/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Exhibit A) (Johnston-Ahlen, Julie) (Entered: 08/13/2008) |
| 08/13/2008 | ◑42 | Notice of Motion Filed by Julie A. Johnston-Ahlen on behalf of Melvin Blum (RE: 41 Motion to Compel, ). Hearing scheduled for 8/27/2008 at 09:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Johnston-Ahlen, Julie) (Entered: 08/13/2008) |
| 08/13/2008 | ◑43 | Notice of Motion and Motion for Relief from Judgment or Order Filed by Julie A. Johnston-Ahlen on behalf of Melvin Blum, Marvin Gordon. Hearing scheduled for 9/10/2008 at 10:30 AM at |

| | | |
|---|---|---|
| | | 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Proposed Order) (Johnston-Ahlen, Julie) (Entered: 08/13/2008) |
| 08/13/2008 | 44 | Notice of Motion Filed by Julie A. Johnston-Ahlen on behalf of Melvin Blum, Marvin Gordon (RE: 43 Motion for Relief from Judgment or Order, ). Hearing scheduled for 9/10/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Johnston-Ahlen, Julie) (Entered: 08/13/2008) |
| 08/14/2008 | | Reopen Document (RE: 17 Motion to Consolidate, ). (Gomez, Denise) (Entered: 08/14/2008) |
| 08/14/2008 | 46 | CORRECTIVE ENTRY ENTERED IN ERROR (RE: 39 Order on Motion to Consolidate Case). (Sims, Mildred) (Entered: 08/14/2008) |
| 08/14/2008 | 47 | CORRECTIVE ENTRY correct text to include All future pleadings pertaining to Adversary 08A237 and 08A279 shall be filed solely in Adversary 08A237 (RE: 45 Order on Motion to Consolidate Case, ). (Sims, Mildred) (Entered: 08/14/2008) |
| 08/26/2008 | 48 | Brief Response To Trustees' Motion To Compel Disclosure Filed by Cohen B Cohen on behalf of Wayne Cohen. (Cohen, Cohen) (Entered: 08/26/2008) |
| 08/26/2008 | 49 | Response to (related document(s): 41 Motion to Compel, ) Filed by Joseph D Frank on behalf of Official Unsecured Creditors' Committee of Hearthside Baking Co., Inc. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Frank, Joseph) (Entered: 08/26/2008) |
| 08/27/2008 | ◑50 | Hearing Set . Hearing on Fees scheduled for 10/1/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 08/27/2008) |
| 08/27/2008 | ◑51 | Order Scheduling - Motion is Denied (RE: 41 Motion to Compel, ). Both the Committee and Wayne Cohen are given up to and including 9/10/2008 to file a petition for fees. Hearing for sanctions scheduled for 10/1/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. Trustees to file Objection to the award of fees and their amount due by 9/18/2008. Signed on 8/27/2008 (Chavez, Baldo) (Entered: 08/27/2008) |
| 09/02/2008 | ◑52 | Request Fee Petition Of Wayne Cohen Pursuant To August 27, 2008 Order Filed by Cohen B Cohen on behalf of Wayne Cohen. (Cohen, Cohen) (Entered: 09/02/2008) |
| 09/10/2008 | ◑53 | Hearing Continued Status hearing to be held on 11/6/2008 at 10:00 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 09/10/2008) |
| 09/10/2008 | ◑54 | Notice of Motion and Motion to Approve Award of Fees Pursuant to Fed. R. Bankr. P. 7037 and Fed. R. Civ. P. 37 Filed by Joseph D Frank on behalf of Official Unsecured Creditors' Committee of Hearthside Baking Co., Inc.. Hearing scheduled for 10/1/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Proposed Order) |

| | | |
|---|---|---|
| | | (Frank, Joseph) (Entered: 09/10/2008) |
| 09/10/2008 | ◑55 | Order Withdrawing Motion to Abstention. (Related Doc # 10), Withdrawing Motion For Remand (Related Doc # 10). Signed on 9/10/2008. (Chavez, Baldo) (Entered: 09/11/2008) |
| 09/18/2008 | ◑56 | Brief Trustees' Response in Opposition to (1) Award of Sanctions and (2) Amounts Sought in Fee Petitions Filed by Julie A. Johnston-Ahlen on behalf of Melvin Blum, Marvin Gordon. (Attachments: # 1 Exhibit A) (Johnston-Ahlen, Julie) (Entered: 09/18/2008) |
| 09/22/2008 | ◑57 | Notice of Appeal with Motion for Leave to Appeal Filed by Alan Dolinko on behalf of Melvin Blum, Marvin Gordon. Fee Amount $255. (Dolinko, Alan) (Entered: 09/22/2008) |
| 09/22/2008 | ◑58 | Notice of Filing and Motion for Leave to Appeal Filed by Alan Dolinko on behalf of Melvin Blum, Marvin Gordon. Transmission of Record Due by 10/3/2008. (Dolinko, Alan) (Entered: 09/22/2008) |
| 09/22/2008 | ◑59 | Memorandum in support of their motion for leave to appeal Filed by Alan Dolinko on behalf of Melvin Blum, Marvin Gordon. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D# 5 Exhibit Exhibit E) (Dolinko, Alan) (Entered: 09/22/2008) |
| 09/23/2008 | 60 | Receipt of Notice of Appeal with Motion for Leave to Appeal(08-00237) [appeal,ntcaplml] ( 255.00) Filing Fee. Receipt number 03165964. Fee Amount $ 255.00 (Bridges, Donna) (Bridges) (Entered: 09/23/2008) |
| 09/23/2008 | ◑61 | **Entered in Error** Receipt of Adversary Filing Fee |

| | | |
|---|---|---|
| | | - $250.00 by AL. Receipt Number 03165964. Payment received from Robinson Curley Clayton. Modified on 9/26/2008 (Krystavel, Kara). (Entered: 09/24/2008) |
| 09/23/2008 | ❂62 | **Entered in Error** Receipt of Notice of Appeal Fee-$5.00 by AL. Receipt Number 03165972. Payment received from Robinson Curley & Clayton. Modified on 9/26/2008 (Krystavel, Kara). (Entered: 09/24/2008) |
| 09/26/2008 | ❂63 | Reply in Opposition to Filed by Michael B Cohen on behalf of Wayne Cohen (Cohen, Michael) (Entered: 09/26/2008) |
| 09/26/2008 | ❂64 | Supplement Fee Petition Of Wayne Cohen Pursuant To August 27, 2008 Order Filed by Michael B Cohen on behalf of Wayne Cohen. (Cohen, Michael) (Entered: 09/26/2008) |
| 09/26/2008 | ❂65 | Notice of Motion and Amended Motion (related document(s): 27 Motion for Leave, ) Filed by Michael B Cohen on behalf of Wayne Cohen. Hearing scheduled for 10/1/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Attachments: # 1 Exhibit 1a# 2 Exhibit 1b# 3 Exhibit 1c# 4 Exhibit 2a# 5 Exhibit 2b# 6 Exhibit 3# 7 Exhibit 4a# 8 Exhibit 4b# 9 Exhibit 5# 10 Exhibit 6a# 11 Exhibit 6b# 12 Exhibit 7) (Cohen, Michael) (Entered: 09/26/2008) |
| 09/26/2008 | ❂66 | **INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE** Notice of Motion Filed by Michael B Cohen on behalf of Wayne Cohen. (Cohen, Michael) Modified on 9/29/2008 (Chavez, Baldo). (Entered: 09/26/2008) |
| | | |

| 09/29/2008 | ●67 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE (RE: 66 Notice). (Chavez, Baldo) (Entered: 09/29/2008) |
|---|---|---|
| 09/29/2008 | ●68 | Notice of Motion Filed by Michael B Cohen on behalf of Wayne Cohen (RE: 65 Amended Motion, ). Hearing scheduled for 10/1/2008 at 10:30 AM at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604. (Cohen, Michael) (Entered: 09/29/2008) |
| 10/01/2008 | ●72 | Order Granting Amended Motion (Related Doc # 65). Signed on 10/1/2008. (Ross, Demetrius) (Entered: 10/06/2008) |
| 10/02/2008 | ●69 | Response in Opposition to (related document(s): 58 Motion for Leave to Appeal) Filed by Joseph D Frank on behalf of Official Unsecured Creditors' Committee of Hearthside Baking Co., Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Frank, Joseph) (Entered: 10/02/2008) |
| 10/02/2008 | ●70 | Amended Response in Opposition to (related document(s): 69 Response,, 58 Motion for Leave to Appeal) Filed by Joseph D Frank on behalf of Official Unsecured Creditors' Committee of Hearthside Baking Co., Inc. (Attachments: # 1 Amended Exhibit A# 2 Amended Exhibit B) (Frank, Joseph) (Entered: 10/02/2008) |
| 10/03/2008 | ●71 | Amended Complaint by Michael B Cohen on behalf of Wayne Cohen against all defendants. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4a# 5 Exhibit 4b# 6 Exhibit 4c# 7 Exhibit 4d# 8 Exhibit 4e# 9 Exhibit 4f# 10 Exhibit 4g# 11 Exhibit 4h# 12 Exhibit 4i# 13 Exhibit 4j# 14 Exhibit 4k# 15 Exhibit 4l# 16 Exhibit 4m# 17 |

|  |  | Exhibit 4n# 18 Exhibit 4o# 19 Exhibit 4p# 20 Exhibit 4q# 21 Exhibit 4r# 22 Exhibit 4s# 23 Exhibit 4t# 24 Exhibit 4u# 25 Exhibit 4v# 26 Exhibit 5a# 27 Exhibit 5b# 28 Exhibit 6# 29 Exhibit 7a# 30 Exhibit 7b# 31 Exhibit 7c# 32 Exhibit 8) (Cohen, Michael) (Entered: 10/03/2008) |
| --- | --- | --- |